# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Kebab 49 LLC,** a California Limited Liability Company;<br><br>　　　　Defendant. | Case: No.4:22-CV-01211-PJH<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including June 30, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated: 5/17/2022

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE